1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAMONT L. CALHOUN,                              No.  2:20-cv-2209 DB P

12                       Plaintiff,

13             v.                                     ORDER

14    R. DELA CRUZ, et al.,

15                       Defendants.

16

17          Plaintiff, a state prisoner, proceeds pro se and seeks relief pursuant to 42 U.S.C. § 1983.

18    On August 10, 2021, the court ordered the complaint served on defendants. However, process

19    directed to defendants R. Wilridge and S. Magnito were returned unserved because, for R.

20    Wilridge, "CDCR – defendant is unable to locate" and, for S. Magnito, "Magnito is not a current

21    employee of DSit or CDCR & Therefore department cannot accept service on defendant's

22    behalf[.]"

23          Plaintiff must provide additional information to serve these two defendants. Plaintiff may

24    seek such information through discovery, the California Public Records Act, Calif. Gov't. Code §

25    6250, et seq., or other means available to plaintiff. Plaintiff shall seek such information promptly.

26    If access to the required information is denied or unreasonably delayed, plaintiff may seek

27    judicial intervention.

28    ////

Accordingly, IT IS HEREBY ORDERED:

1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms, along with an instruction sheet and a copy of the first amended complaint filed May 5, 2021;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

a. One completed USM-285 form for each defendant; and

b. Three copies of the endorsed complaint filed May 5, 2021.

Dated: October 20, 2021

DLB7
calh2209.8e

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11                                              No.

12              Plaintiff,

13      v.                                      NOTICE OF SUBMISSION OF
                                                DOCUMENTS
14

15              Defendant.

16

17         Plaintiff hereby submits the following documents in compliance with the court's order

18   filed _____ :

19         ____        completed summons form

20         ____        completed USM-285 forms

21         ____        copies of the _____

22                          Complaint

23   DATED:

24

25

26

27                                      _____

28                                      Plaintiff

                                          3