UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMONT L. CALHOUN,<br><br>    Plaintiff,<br><br>    v.<br><br>R. DELA CRUZ, et al.,<br><br>    Defendants. | No. 2:20-cv-02209 DAD DB P<br><br><br>ORDER |

Plaintiff has requested an extension of time to file objections to the April 4, 2023, findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 75) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the April 4, 2023, findings and recommendations.

DLB7
calh2209.36obj

DATED: May 8, 2023

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE